No. 662. GROSSO *v.* PENNSYLVANIA; and
No. 663. BRUNO *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Samuel Dash* for petitioners. Reported below: 401 Pa. 549, 165 A. 2d 73.

No. 670. BACON *v.* JEFFERSON CONSTRUCTION CO. ET AL. C. A. 1st Cir. Certiorari denied. *William H. K. Donaldson* for petitioner. *Alexander M. Heron* and *John T. Bowes* for respondents. ▆▆▆▆▆▆

No. 719. MEREDITH *v.* VAN OOSTERHOUT, U. S. CIRCUIT JUDGE. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander* and *Anthony L. Mondello* for respondent. ▆▆▆▆▆▆

No. 15. CASELLA *v.* UNITED STATES; and
No. 17. LO PICCOLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Stanford Shmukler* for petitioner in No. 15. *Maurice Edelbaum* for petitioner in No. 17. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. Reported below: 290 F. 2d 51.

No. 691, Misc. ASHE *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John Jay Hooker, Jr.* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent. ▆▆▆▆▆▆

No. 746, Misc. EX PARTE GOSIER. Supreme Court of Ohio. Certiorari denied.